RON BENDER (SBN 143364)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyb.com, ctp@lnbyb.com

Attorneys for David K. Gottlieb
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>NASRIN NINO,<br><br>Debtor. | Case No. 1:20-bk-10659-VK<br><br>Chapter 7<br><br>**APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P., AS GENERAL BANKRUPTCY COUNSEL; DECLARATION IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE**:

David K. Gottlieb, the chapter 7 trustee (the "Trustee," or "Applicant") for the bankruptcy estate of Nasrin Nino (the "Debtor"), respectfully applies for authority to employ Levene, Neale, Bender, Yoo & Brill, L.L.P. ("LNBYB"), as general bankruptcy counsel, with compensation pursuant to 11 U.S.C. § 330, and effective as of March 20, 2020, and represents as follows:

///

1

## I.

## **NEED FOR LEGAL COUNSEL**

1. This case was commenced on March 20, 2020 (the "Petition Date") by the filing of a Voluntary Petition under chapter 7 by the Debtor. David K. Gottlieb was subsequently appointed as Chapter 7 trustee.

2. The Debtor was married to an individual named Antone Nino ("Antone"). The Debtor and Antone divorced in about 2013, and Antone passed away in 2014.

3. Among the assets of this estate is the real property located at 20897 Kelvin Place, Woodland Hills, California 91364 (the "Property") and an interest in NNP Partnership (the "Partnership"), which the Debtor and Antone acquired while they were still married. After Antone's death, an individual named Jeffrey Siegel was appointed administrator of Antone's estate (the "Administrator"). The Property is subject to multiple liens. The Partnership owns one remaining 76 gas station, which is subject to multiple liens. The Debtor may also have an interest in Westco Petroleum Distributors, Inc., a corporation that had been formed by Antone.

4. The Trustee is not an attorney. Accordingly, Applicant determined that he requires counsel to assist in analysis and the objection of any improper liens asserted against the Debtor's assets. Moreover, the Trustee will require counsel to interface with the Administrator, to assert the estate's rights in any jointly owned assets, and to resolve any of the Administrator's claims asserted against the estate.

## II.

## **PROPOSED EMPLOYMENT OF LNBYB**

5. Applicant desires to employ LNBYB, whose address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California, 90067, as general bankruptcy counsel in this case. LNBYB also maintains offices located at 800 S. Figueroa Street, Suite 1260, Los Angeles, California 90017 and 3403 10th Street, Riverside, Suite 709, California 92501.

6. In addition to the tasks described above in paragraph 3, Applicant requires counsel to continue to perform the following tasks:

a. advising Applicant with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee ("OUST") as they pertain to the Debtor;

b. advising Applicant with regard to certain rights and remedies of the bankruptcy estate and the rights, claims and interests of creditors;

c. representing Applicant in any proceeding or hearing in the Bankruptcy Court involving the estate unless Applicant is represented in such proceeding or hearing by other special counsel;

d. conducting examinations of witnesses, claimants or adverse parties and representing Applicant in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;

e. preparing and assisting the Applicant in the preparation of reports, applications, pleadings and orders including, but not limited to objections to claims, settlements and other matters relating to the case;

f. investigating, evaluating, and prosecuting objections to claims as may be appropriate; and

g. performing any other services which may be appropriate in LNBYB's representation of Applicant during the bankruptcy case.

7. LNBYB is composed of attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees. The Trustee selected LNBYB for its considerable experience in similar matters and believes that LNBYB is well-qualified to represent him in conjunction with this case.

8. All attorneys associated with LNBYB who will render services in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California. Attached to the declaration of Carmela T. Pagay annexed hereto (the "Pagay Declaration") as <u>Exhibit 1</u> and incorporated herein by reference is a true and correct copy of LNBYB's fee schedule. LNBYB's resume, which sets

forth the experience and qualifications of LNBYB's attorneys and paralegals, can be found on LNBYB's website, http://www.LNBYB.com. Members and associates of LNBYB are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, and will comply with them if employed as Applicant's counsel.

9.  For all the foregoing reasons, the Trustee believes that LNBYB's employment is in the best interest of the estate, as required by 11 U.S.C. § 327(d) as a condition of employment.

### III.

### **COMPENSATION OF LNBYB**

10.  LNBYB has agreed to accept as compensation for its services such sums as may be allowed by this Court in accordance with 11 U.S.C. §330, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

11.  LNBYB will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

12.  LNBYB has neither received a retainer nor a lien or interest in property of the Debtor or third parties with respect to its representation of Applicant. No agreement exists for a division of fees between LNBYB and any other person or entity except as among the members of LNBYB.

13.  No compensation will be paid by Applicant to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code.

14.  There is no agreement between Applicant and LNBYB regarding LNBYB's employment in this case other than as expressed in this Application.

///

///

///

4

## IV.

## **LNBYB IS DISINTERESTED AND DOES NOT HOLD ANY INTEREST ADVERSE TO THE ESTATE**

15. To the best of Applicant's knowledge and based upon the Pagay Declaration, LNBYB and all attorneys associated with LNBYB who expect to render services in this matter are disinterested persons, do not hold or represent an interest adverse to the estate, and do not have any connections with the Debtor, the creditors of the estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST. In addition, LNBYB has represented the Trustee in unrelated cases before the United States Bankruptcy Court. Moreover, the Trustee and his firm have been retained as professionals by attorneys of LNBYB, which include three panel trustees, Edward M. Wolkowitz, Timothy J. Yoo, and Todd A. Frealy. Such prior representation does not affect the proposed representation herein.

16. To the best of Applicant's knowledge and based upon the Pagay Declaration, LNBYB:

    a. Is not and was not a creditor, an equity security holder, or an insider of the Debtor;

    b. Is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

    c. Does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

    d. Is not a relative or employee of the OUST or a United States Bankruptcy Court judge.

///

///

///

## V.

5

**NOTICE OF THE APPLICATION IS SUFFICIENT**

17. A notice advising creditors and other interested parties of Applicant's Application to Employ Levene, Neale, Bender, Yoo & Brill, L.L.P., as general bankruptcy counsel, and summarizing the Application's contents, has been filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2).

WHEREFORE, Applicant prays that he be authorized to employ Levene, Neale, Bender, Yoo & Brill, L.L.P., as general bankruptcy counsel in this case effective as of March 20, 2020, with compensation to be paid in such amount as the Court may hereafter allow in accordance with the law.

DATED: April 15, 2020

_____
DAVID K. GOTTLIEB, Chapter 7 Trustee

Presented by:

LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.


By: */s/ Carmela T. Pagay*
    RON BENDER
    CARMELA T. PAGAY
    Attorneys for David K. Gottlieb
    Chapter 7 Trustee

**DECLARATION OF CARMELA T. PAGAY**

I, Carmela T. Pagay, declare as follows:

1.  I am an attorney at law, duly-qualified to practice before all courts of the State of California and before the United District Court for the Central District of California. I am a partner in the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"). I have personal knowledge of the facts stated herein, except where stated upon information and belief, and as to such statements, I believe them to be true. I make this Declaration in support of the application of David K. Gottlieb, as chapter 7 trustee, to employ LNBYB as general bankruptcy counsel (the "Application"). Unless the context indicates otherwise, capitalized terms herein shall have the meanings as defined in the Application.

2.  Applicant desires to employ LNBYB, whose address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California, 90067, as general bankruptcy counsel in the above-captioned Chapter 7 bankruptcy case. LNBYB also maintains offices located at 800 S. Figueroa Street, Suite 1260, Los Angeles, California 90017 and 3403 10th Street, Riverside, Suite 709, California 92501.

3.  LNBYB is composed of attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees. The Trustee selected LNBYB for its considerable experience in similar matters and believes that LNBYB is well-qualified to represent him in conjunction with this case.

4.  All attorneys associated with LNBYB who will render services in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California. Attached hereto as <u>Exhibit 1</u> and incorporated herein by reference is a copy of LNBYB's fee schedule. LNBYB's resume, which sets forth the experience and qualifications of its attorneys can be found on LNBYB's website, http://www.LNBYB.com.

5.  The partners and associates of LNBYB are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and will comply

with them if employed as Applicant's counsel, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

6. Following Applicant's request that LNBYB represent him in this case as general counsel, a conflicts check was undertaken, utilizing LNBYB's client list database. I also reviewed the potential representation of Applicant with other attorneys at LNBYB to ensure that no conflict of interest exists.

7. I believe that LNBYB is "disinterested" based upon the fact that LNBYB:

    a. Is not and was not a creditor, an equity security holder, or an insider of the Debtor;

    b. Is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

    c. Does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

    d. Is not a relative or employee of the OUST or a United States Bankruptcy Court judge.

8. LNBYB has represented the Trustee in unrelated cases before the United States Bankruptcy Court. Moreover, the Trustee and his firm have been retained as professionals by attorneys of LNBYB. Such prior representation does not affect the proposed representation herein.

9. There is no agreement between Applicant and LNBYB regarding LNBYB's employment in this case other than as expressed in this Application.

10. LNBYB has neither received a retainer nor advance fee. LNBYB has not received and will not receive a lien or other interest in property of the Debtor or third parties to secure payment of fees. No agreement or understanding exists for a division of fees between LNBYB and any other person or entity, except as among the partners of LNBYB.

8

11.    LNBYB has agreed to accept as compensation for its services such sums as may be allowed by this Court in accordance with law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

12.    No compensation will be paid by Applicant to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 15, 2020, at Los Angeles, California.

                                      */s/ Carmela T. Pagay*
                                      CARMELA T. PAGAY

# EXHIBIT 1

## BILLING RATES

| ATTORNEYS | 2020 |
|---|---|
| DAVID W. LEVENE | 635 |
| DAVID L. NEALE | 635 |
| RON BENDER | 635 |
| MARTIN J. BRILL | 635 |
| TIMOTHY J. YOO | 635 |
| GARY E. KLAUSNER | 635 |
| EDWARD M. WOLKOWITZ | 635 |
| DAVID B. GOLUBCHIK | 635 |
| BETH ANN R. YOUNG | 610 |
| MONICA Y. KIM | 610 |
| DANIEL H. REISS | 610 |
| IRVING M. GROSS | 610 |
| PHILIP A. GASTEIER | 610 |
| EVE H. KARASIK | 610 |
| TODD A. FREALY | 610 |
| KURT RAMLO | 610 |
| JULIET Y. OH | 595 |
| TODD M. ARNOLD | 595 |
| CARMELA T. PAGAY | 595 |
| ANTHONY A. FRIEDMAN | 595 |
| KRIKOR J. MESHEFEJIAN | 595 |
| JOHN-PATRICK M. FRITZ | 595 |
| LINDSEY L. SMITH | 510 |
| JEFFREY KWONG | 495 |
| PARAPROFESSIONALS | 250 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 16, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David Keith Gottlieb (TR)   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- David S Hagen   go4broq@earthlink.net
- Ambrish B Patel   apatelEI@americaninfosource.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Jennifer C Wong   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 16, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Nasrin Nino
11019 Fruitland Dr #10
Studio City, CA 91604

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/16/2020 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**